## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 10548                                                                 Purchased/Filed: November 26, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al.*           Plaintiff

against

*Grace Industries Inc. / El Sol Contracting & Construction J/V*           Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____December 4, 2007____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibit, Copy of Individual Practices of Judge Harold Baer, Jr., and Copy of Individual Practices of Magistrate Judge Gabriel W. Gorenstein on

____El Sol Contracting and Construction Corporation sha El Sol Contracting & Construction____, the Defendant in this action, by delivering to and leaving with ____Chad Matice____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

__7th__ day of _____December, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0710124

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**