UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY           07 CV 10548 (HB)
DISTRICT COUNCIL OF CARPENTERS ANNUITY             ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN           **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE
AS EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY, UNITED
BROTHERHOOD CARPENTERS AND JOINERS
OF AMERICA,

                                  Plaintiffs,
        -against-

GRACE INDUSTRIES INC. / EL SOL CONTRACTING
& CONSTRUCTION J/V,

                                  Defendant.
------------------------------------------------------------------X
C O U N S E L:

PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on February 27, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Harold Baer, Jr., United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 23-B, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       February 27, 2008

                                      Yours, etc.,

                                      O'DWYER & BERNSTIEN, LLP

By: _____
                                    ANDREW GRABOIS, ESQ.
                                    Attorney for Plaintiffs
                                    52 Duane Street, 5th Floor
                                    New York, New York 10007
                                    (212) 571-7100

TO:    Grace Industries Inc. / El Sol Contracting & Construction J/V
         46-06 54th Road
         Maspeth, NY 11378